IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>ORLANDO FONTANEZ-OTERO<br>Defendant | Criminal No. 00-111-02(PG) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given by Mr. Orlando Fontanez-Otero, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment on Revocation entered against him on November 12, 2004, entered on docket on November 29, 2004, by the Hon. Juan Perez-Giménez, United States District Judge for the District of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1st day of December, 2004.

JOSEPH C. LAWS, JR.
**Federal Public Defender**
**District of Puerto Rico**

**S/Victor González-Bothwell**
VICTOR GONZALEZ-BOTHWELL
Assistant Federal Public Defender
USDC - PR 219707
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899

Criminal No. 00-111(PG) 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 1, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the such filing to the following CM/ECF participants: Ausa Irene Feldman.

In San Juan, Puerto Rico, this 1st day of December, 2004.

**S/Víctor González-Bothwell**, Esq.
VICTOR GONZALEZ-BOTHWELL
Assistant Federal Public Defender
241 F. D. Roosevelt Avenue
San Juan, PR  00918-2441
Phone No. (787) 281-4922