# UNITED STATES DISTRICT COURT

__JUDICIAL__ DISTRICT OF __PUERTO RICO__

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **WARRANT FOR ARREST** |
| vs | CASE NUMBER: Cr. 00-111 (~~HL~~) PG |
| **ORLANDO FONTANEZ-OTERO**<br>Calle I, #1<br>Barriada Vietnam<br>Cataño, PR | |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __ORLANDO FONTANEZ-OTERO__
(Name)
and bring him forthwith to the nearest magistrate to answer an

[ ] Indictment          [ ] Information          [ ] Complaint

[x] Order of court      [ ] Violation Notice     [ ] Violation of bail Conditions

charging him with (brief description of offense)

Copy of the motion and order is attached.

in violation of Title ____ United States Code, Section(s) _____

| | |
|---|---|
| JUAN M. PEREZ-GIMENEZ | U.S. DISTRICT JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| | July 12, 2004, San Juan, PR |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _____ | By: _____<br>Janet Gonzalez, Deputy Clerk |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____ CATANO, PR

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-16-04 | ANTONIO JUARBE | By: [signature] |
| DATE OF ARREST | TFO PRPD | |
| 8-19-04 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: Male   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____