# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:** December 20, 2004

**DC #:** 00-111 (PG)

**APPEAL FEE PAID:**   YES ____   NO __X__

**CASE CAPTION:**   USA   v.   Figueroa-Robles
                                  Defendant: Orlando Fontánez-Otero (2)

**IN FORMA PAUPERIS:**   YES __X__   NO ____

**MOTIONS PENDING:**   YES ____   NO __X__

**NOTICE OF APPEAL FILED BY:**   Defendant

**APPEAL FROM:**   Judgment for Revocation entered on 11/29/04

**SPECIAL COMMENTS:**   Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                                         **VOLUMES:**

**Docket Entries   20, 33-57**                                                                          I

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

                                                     FRANCES RIOS DE MORAN
                                                     Clerk of the Court


                                                     S/ Xiomara Muñiz
                                                     Xiomara Muñiz
                                                     Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk