✎AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____JUDICIAL_____ District of _____PUERTO RICO_____

UNITED STATES OF AMERICA

V.

**ORLANDO FONTANEZ-OTERO**
**Barriada Vietnam**
**Calle 1 - #1, Cataño, PR 00963**

## WARRANT FOR ARREST

Case Number:   00 CR 111-02 (PG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ORLANDO FONTANEZ-OTERO_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of conditions of supervised release term

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ              s/Janet Gonzalez
Name of Issuing Officer              Signature of Issuing Officer    By: Janet González, Deputy Clerk

UNITED STATES DISTRICT JUDGE       April 27, 2005 at Hato Rey, Puerto Rico
Title of Issuing Officer            Date and Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____