IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Start: 9:52 A.M.
End: 9:54 A.M.

MINUTES OF PROCEEDINGS                                        DATE: May 4, 2005

BEFORE HONORABLE AIDA DELGADO-COLON, U. S. MAGISTRATE JUDGE

| United States of America | CASE NO. 00-111(PG) |
|---|---|
| Plaintiff | COURTROOM DEPUTY: Yelitza Rivera-Buonomo |
| vs. | COURT INTERPRETER: |
| 2-ORLANDO FONTANEZ-OTERO | Attorneys:<br>For Plaintiff: |
| Defendant(s) | PTS: Maricarmen Rios<br>INT. |
|  | For Defendant(s): |
|  | Arrest Date: 5/4/05 |

__X__ Initial appearance held.

__X__ Defendant(s) **was** interviewed by Pretrial Services Officer.

__X__ Defendant(s) was/were advised of the charges, rights, and given a copy of

_____ Complaint  _____ Indictment  _____ Information  __X__ Other

_____ Removal hearing is set for _____

__X__ Preliminary hearing is set for **May 6, 2005 at 9:30 A.M. before Judge Perez-Gimenez**

_____ Detention hearing is set for

_____ Bail hearing is set for

_____ Arraignment set for

_____ Foster hearing set for

__X__ Defendant(s) is/are committed.

_____ Arraignment hearing set before Magistrate Judge _____ Camille Velez-Rive _____ Gustavo A. Gelpi

_____ Arraignment hearing set before _____ Justo Arenas _____ Aida M. Delgado-Colon

_____ Government's request is _____ I _____

__X__ Defendant(s) will be represented by __X__ Federal Public Defender _____ Retained counsel

_____ Defendant will be represented by Court appointed counsel.

_____ Defendant(s) left on his/her/their own recognizance.

_____ Bond set at _____

S/Yelitza Rivera-Buonomo
Deputy Clerk