AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

**ORLANDO FONTANEZ-OTERO**
**Barriada Vietnam**
**Calle 1 - #1, Cataño, PR 00963**

Case Number:  00 CR 111-02 (PG

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ORLANDO FONTANEZ-OTERO

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    X Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

Violation of conditions of supervised release term

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| JUAN M. PEREZ-GIMENEZ | s/Janet Gonzalez |
| Name of Issuing Officer | Signature of Issuing Officer    By: Janet González, Deputy Clerk |
| UNITED STATES DISTRICT JUDGE | April 27, 2005 at Hato Rey, Puerto Rico |
| Title of Issuing Officer | Date and Location |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 4-27-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5-3-05 | JVAN CORREA TFA | By: |